**Alfonso J. Diaz Del CASTILLO,
Plaintiff–Appellant,**

v.

**Charles JOHNSON, Jeh, Secretary of Homeland Security, Defendant–Appellee.**

**No. 15–1421.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 21, 2015.

Alfonso J. Diaz Del Castillo, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Tasha Victoria Gibbs, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfonso J. Diaz del Castillo appeals from the district court's orders dismissing his employment discrimination complaint as untimely filed and denying his motion for leave to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Diaz del Castillo v. Johnson,* No. 1:14–cv–01642–LMB–TCB (E.D.Va. Feb. 24, 2015 & Feb. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*